USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COMMISSIONS IMPORT EXPORT S.A.,                :

                          Petitioner,       :      16-mc-257 (SHS) (Part I)

     -against-                                          :      AMENDED ORDER

BNP PARIBAS and BNP PARIBAS, NEW YORK  :
BRANCH,
                                      :
                          Respondents.
                                      :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A conference having been held on December 21, 2016, with counsel for petitioner and counsel for respondents participating, IT IS HEREBY ORDERED that, for the reasons set forth on the record,

1. Petitioner's motion to compel compliance with the subpoena *duces tecum* and subpoena *ad testificandum* addressed to BNP Paribas and served on BNP Paribas's New York branch (Dkt. No. 1) is granted only to the extent it requires BNP Paribas's New York branch to search its records and electronic records.

2. Respondent's motion to quash the subpoenas (Dkt. No. 6) is granted except to the extent the subpoenas require BNP Paribas's New York branch to search its records and electronic records.

3. The Court determines that the required search has been performed, and the subpoenas have been complied with to the extent ordered.

Dated: New York, New York
January 3, 2017

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.